**2017–0422.   State v. Daniels.**
Hamilton App. No. C–160203, 2017-Ohio-548.
   FISCHER, J., not participating.

**2017–0424.   State v. Cleary.**
Stark App. No. 2017CA00016.

**2017–0449.   State v. Herzberger.**
Lorain App. No. 16CA010899, 2017-Ohio-491.

**2017–0467.   State v. Dumas.**
Mahoning App. No. 15 MA 0101, 2017-Ohio-731.

**2017–0477.   State v. Romanko.**
Cuyahoga App. No. 104158, 2017-Ohio-739.

**2017–0488.   State v. Jackson.**
Mahoning App. No. 15 MA 0126, 2017-Ohio-1296.

**2017–0612.   In re J.R.**
Cuyahoga App. No. 105007, 2017-Ohio-1056.
   O'DONNELL, J., dissents.

**2016–1904.   U.S. Bank Natl. Assn. v. Lavelle.**
Cuyahoga App. No. 104234, 2016-Ohio-7783. Reported at 148 Ohio St.3d 1461, 2017-Ohio-2632, 73 N.E.3d 523. On motion for reconsideration. Motion denied.

**2017–0048.   Pryor v. Koukoutas.**
In Habeas Corpus. Reported at 148 Ohio St.3d 1440, 2017-Ohio-1427, 72 N.E.3d 654. On motion for reconsideration. Motion denied.

*July 5, 2017*

2017-Ohio-5721.]

**2017–0753.   State ex rel. Langhenry v. Britt.**
In Mandamus. It is ordered by the court, sua sponte, that relator and respondent shall file responses, if any, to intervening relators' amended motion for leave to intervene and amended motion to dismiss for lack of jurisdiction no later than 12:00 p.m. on Friday, July 7, 2017. Relator and intervening relators shall file responses, if any, to respondent's motion to dismiss no later than 12:00 p.m. on Friday, July 7, 2017.

*July 6, 2017*

2017-Ohio-5723.]

**2017–0417.   State ex rel. Lopez v. Summit Cty. Clerk of Courts.**
In Mandamus. Relator has not filed a merit brief, due June 29, 2017, in compliance with the Rules of